ized. We do not think the law recognizes this concept. If a failure to report an income producing sale is excusable and may be corrected without penalty for all other purposes of the income tax laws, we perceive no reason why, if reported or claimed as an installment sale while the year of sale is still open to adjustment under the statute and if it has not been treated in an inconsistent manner, this should not entitle the taxpayer to installment treatment of the sale.

It may appropriately be observed that whenever Congress has intended to provide for an "election" of treatment for tax purposes it has had no difficulty in expressing such intent. In many cases Congress has enacted separate sections dealing with the time and manner of making such election. See, as a few of many examples in the 1939 Code, Sections 112(m), 117(k) (1), 400 and 402 in addition to the elaborate provisions of Section 22(d), supra.

The decision of the Tax Court was in error and it must be reversed for further proceedings not inconsistent with this opinion.

Michael Avedisian, Paducah, Ky., for appellants.

William A. Friedlander, Dept. of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., on the brief), for appellee.

Before MILLER, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

**Sydney G. DYER, M. D., and Zanna Dyer, Plaintiffs-Appellants,**

v.

**UNITED STATES of America, Defendant-Appellee.**

No. 14376.

United States Court of Appeals Sixth Circuit.

April 28, 1961.

ORDER.

On this appeal, the taxpayer (a doctor), sought to bring his operating loss on a hospital, or clinic, which he operated in connection with his medical practice, within the carry-forward-to-later-years loss allowance. The Commissioner allowed a deduction for the loss from the hospital's operation only for the current year in which the loss occurred and was sustained by the United States District Judge in this ruling.

We think that, for the reasons well stated by Judge Shelbourne in his memorandum opinion, findings of fact and conclusions of law, the judgment of the United States District Court should be affirmed.

It is so ordered.